Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1638 | **DATE** | 2/14/2012 |
| **CASE TITLE** | Innovatio IP Ventures LLC vs. ABP Corporation et al | | |

**DOCKET ENTRY TEXT**

This case is consolidated with 11 C 9308, as the lead case number in MDL 2303. All further filings should be made in 11 C 9308 as the established lead case for MDL 2303; the individual case number should also be displayed on the documents filed, if the document only pertains to the individual case number.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

11C9309 CISCO Systems, Inc. Vs. Innovatio IP Ventures LLC          Page 1 of 1